**DISMISS and Opinion Filed August 18, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00398-CV

## IN THE INTEREST OF P.R.D.S. AND P.S., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-14454**

## MEMORANDUM OPINION
Before Justices Myers, Carlyle, and Goldstein
Opinion by Justice Myers

Appellant appeals from an order in a suit to modify the parent-child relationship. We questioned our jurisdiction over the appeal because the order is signed by the associate judge and, subject to certain exceptions not applicable here, has not triggered the deadline for filing the appeal. *See* TEX. FAM. CODE ANN. § 201.016(b), (c). We instructed appellant to file, by July 15, 2022, a letter brief addressing the jurisdictional issue and cautioned her that failure to comply may result in dismissal of the appeal without further notice. As of today's date, appellant has not responded.

Because the referring court has not signed the order of the associate judge, the notice of appeal is premature and we lack jurisdiction. We dismiss the appeal. *See* TEX. R. APP. P. 42.3(a).

/Lana Myers//

220398f.p05

LANA MYERS
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF P.R.D.S.
AND P.S., CHILDREN

No. 05-22-00398-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-09-14454.
Opinion delivered by Justice Myers.
Justices Carlyle and Goldstein
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 18th day of August, 2022.